1  Matthew S. Adams, WSBA #18820
   Jennifer E. Aragon, WSBA #45270
2  FORSBERG & UMLAUF, P.S.
   901 Fifth Avenue, Suite 1400
3  Seattle, WA  98164
   Telephone:  (206) 689-8500
4  madams@FoUm.law
   jaragon@FoUm.law
5  Attorneys for Safeco Insurance Company

6              UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF WASHINGTON
7                       AT SPOKANE

8  JAMES and JESSICA HARBKE,              No. 2:23-cv-00342
   individually and as the marital
9  community thereof,                     **COUNSEL'S VERIFICATION OF
                                          STATE COURT PROCEEDINGS**
10               Plaintiffs,
                                          **[REMOVED FROM FERRY
11      vs.                               COUNTY SUPERIOR COURT
                                          CASE NO.: 23-2-00068-10]**
12 SAFECO INSURANCE COMPANY, a
   foreign insurance company, a wholly
13 owned subsidiary of Liberty Mutual
   Group, Inc.,
14
                 Defendant.
15

16
        I, Jennifer E. Aragon declare as follows:
17
        1.   I am an attorney at Forsberg & Umlauf, P.S., as counsel for defendant
18
   Safeco Insurance Company ("Safeco"), and make the following declaration based
19
   upon my personal knowledge.
20

COUNSEL'S VERIFICATION OF STATE COURT PROCEEDINGS –
PAGE 1
CASE NO. 2:23-CV-00342

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

4884-5883-3290, v. 1

2. Attached hereto are true and correct copies of the following pleadings and records filed in the state court action of which Safeco Insurance Company has knowledge:

    A) Complaint, with exhibits;

    B) Summons;

    C) Notice of Service on the Insurance Commissioner; and

    D) Notice of Appearance

3. In accordance with 28 U.S.C. §1446, I verify that these are true and correct copies of all records and proceedings in the possession of Safeco Insurance Company in the state court proceeding that was removed to this Court.

I declare under penalty of perjury of the law of the United States and the State of Washington that the foregoing tis true and correct to the best of my knowledge, information, and belief.

DATED this ____ day of November, 2023.

                                        FORSBERG & UMLAUF, P.S.

                                        _____
                                        Matthew S. Adams, WSBA No. 18820
                                        Jennifer E. Aragon, WSBA No. 45270
                                        FORSBERG & UMLAUF, P.S.
                                        901 Fifth Avenue, Suite 1400
                                        Seattle, WA 98164

COUNSEL'S VERIFICATION OF STATE COURT PROCEEDINGS – PAGE 2
CASE NO. 2:23-CV-00342

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

4884-5883-3290, v. 1

Phone: (206) 689-8500
Fax: (206) 689-8501
E-mail : madams@foum.law
jaragon@foum.law
*Attorneys for Defendant Safeco Insurance Company*

COUNSEL'S VERIFICATION OF STATE COURT PROCEEDINGS – PAGE 3
CASE NO. 2:23-CV-00342

4884-5883-3290, v. 1

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

# CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing ***COUNSEL'S VERIFICATION OF STATE COURT PROCEEDINGS*** on the following individuals in the manner indicated:

Mr. Ryan Best
**BEST LAW, PLLC**
905 West Riverside, Suite 409
Spokane, WA 99201
Phone: (509) 624-4422
Email: ryan.best@bestlawspokane.com

*Attorney for Plaintiff*
(X)    Via E- Mail
(X)    Via ECF

**SIGNED** this _____ day of _____, 2023, at Seattle, Washington.

_____
Monica L. Schwandt

COUNSEL'S VERIFICATION OF STATE COURT PROCEEDINGS – PAGE 4
CASE NO. 2:23-CV-00342

4884-5883-3290, v. 1

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX