FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 13, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES and JESSICA HARBKE, individually and as the marital community thereof,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>SAFECO INSURANCE COMPANY, a foreign insurance company, a wholly owned subsidiary of Liberty Mutual Group, Inc.,<br><br>　　　　　　　Defendant. | NO: 2:23-CV-0342-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

　　　BEFORE THE COURT is the parties' Stipulation of Dismissal. ECF No. 14. The parties agree that Plaintiff's claims should be dismissed with prejudice and without costs or attorneys' fees to any party. The Court has reviewed the record and files herein and is fully informed.

　　　According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without costs or attorneys' fees to any party.

2. All deadlines, hearings, and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED December 13, 2024.



*Thomas O. Rice*
THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2